**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | |
| ROBERT STEINMAN | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   13-1671 (RC) |
| | : | |
| v. | : | Re Document No.:   4 |
| | : | |
| METRO OFFICE PRODUCTS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having received Notice of the United States' election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows.

It is hereby **ORDERED** that:

1. The Complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendant only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States;

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

It is **FURTHER ORDERED** that because this case is now reassigned to Judge Amit P. Mehta, all future filings shall be addressed to Judge Mehta and shall include Judge Mehta's initials (APM).

**SO ORDERED**.

Dated: January 5, 2015                                      RUDOLPH CONTRERAS
                                                            United States District Judge